**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Kevin Matthew WATKINS**
**Defendant-Appellant**

No. 17-1989

United States Court of Appeals,
Eighth Circuit.

Submitted: November 16, 2017

Filed: November 30, 2017

Denis Dean, Aaron L. Jennen, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff-Appellee

Kevin Matthew Watkins, Pro Se

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

PER CURIAM.

In this direct criminal appeal, Kevin Watkins challenges the sentence the district court[1] imposed following his guilty plea to possession of child pornography. His counsel has moved to withdraw and submitted a brief under <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), discussing the reasonableness of the sentence.

We conclude that the district court did not abuse its discretion in sentencing Watkins, as it properly considered the 18 U.S.C. § 3553(a) factors; and there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. David</u>, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); <u>United States v. Wohlman</u>, 651 F.3d 878, 887 (8th Cir. 2011). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion, and affirm.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.